1  DANIEL J. BRODERICK, CA Bar #89424
   Federal Defender
2  TARA I. ALLEN, CA Bar #235549
   Staff Attorney
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorneys for the Defendant
   AMANDA DORSO
6

7

8                  IN THE UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

12 UNITED STATES OF AMERICA,      )   Cr.S. 06-226-DAD
                                  )
13               Plaintiff,       )
                                  )   **APPLICATION AND ORDER FOR**
14      v.                        )   **TRANSPORTATION AND SUBSISTENCE**
                                  )   **PURSUANT TO 18 U.S.C. § 4285**
15 AMANDA DORSO,                  )
                                  )   Date:  August 22, 2006
16               Defendant.       )   Time:  10:00 a.m.
                                  )   Judge: Hon. Dale A. Drozd
17 _____)

18

19      Defendant AMANDA DORSO hereby requests an order for

20 transportation and subsistence costs pursuant to 18 U.S.C. § 4285.

21      Ms. Dorso is unable to afford her own transportation from her

22 residence in Derby, Connecticut to Sacramento, California for her

23 initial appearance on August 22, 2006 at 10:00 a.m.  It will be

24 necessary for Ms. Dorso to arrive in Sacramento on August 21, 2006 in

25 / / /

26 / / /

27 / / /

28 / / /

1  order to timely make her court appearance by 10:00 a.m. on August 22,
2  2006.
3
4  DATED: August 10, 2006                Respectfully submitted,
5                                         DANIEL J. BRODERICK
6                                         Federal Defender
7
8                                         /s/ Tara I. Allen
9                                         TARA I. ALLEN
                                          Staff Attorney
10                                        Attorney for Defendant
                                          AMANDA DORSO
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>  )<br>         Plaintiff,      )<br>  )<br>    v.                     )<br>  )<br>AMANDA DORSO,               )<br>  )<br>         Defendant.     )<br>_____) | Cr.S. 06-226-DAD<br><br>**ORDER FOR TRANSPORTATION AND SUBSISTENCE** |

TO:   UNITED STATES MARSHAL SERVICE, SACRAMENTO, CALIFORNIA:

This is to authorize and direct you to furnish the above named defendant, AMANDA DORSO, with transportation and subsistence expenses for travel from Derby, Connecticut to Sacramento, California for her initial appearance in the United States Magistrate Court for the Eastern District of California on August 22, 2006 at 10:00 a.m. It will be necessary for Ms. Dorso to arrive in Sacramento, California on August 21, 2006, in order to timely make her court appearance by 10:00 a.m. on August 22, 2006. Ms. Dorso will also need return transportation back to her residence on August 22, 2006. The United States Marshal must furnish Ms. Dorso with money for subsistence expenses to her destination, not to exceed the amount authorized as a per diem allowance for travel under section 5702(a) of Title 5, United States Code. This order is authorized pursuant to 18 U.S.C. §4285.

IT IS SO ORDERED.

Dated: _August 10_, 2006

_Dale A. Drozd_
DALE A. DROZD
U.S. Magistrate Court Judge

3