1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  TARA I. ALLEN, Bar #235549
   Staff Attorney
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   AMANDA DORSO

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11
   UNITED STATES OF AMERICA,        )  Cr.S. 06-226-DAD
12                                   )
                   Plaintiff,        )  STIPULATION AND ORDER
13                                   )
          v.                         )  Date:  November 21, 2006
14                                   )  Time:  10:00 a.m.
   AMANDA DORSO,                     )  Judge: Dale A. Drozd
15                                   )
                   Defendant.        )
16                                   )
   _____ )
17

18      The United States of America, through MATTHEW C. STEGMAN,

19  Assistant United States Attorney, together with defendant, AMANDA

20  DORSO, by and through her counsel TARA I. Allen of the Federal

21  Defenders Office, stipulate that the judgment and sentencing hearing

22  set for October 31, 2006 be rescheduled for Tuesday, November 21, 2006

23  at 10:00 a.m.  United States Probation Officer, Linda Alger has been

24  notified and has no objection to the new scheduled date.  Defense

25  counsel has and will be out of the office due to illness.

26      The parties agree that the Court should exclude time under the

27  Speedy Trial Act from the date of this order through the date of the

28  judgment and sentencing hearing set for November 21, 2006 at 10:00 a.m.

1    pursuant to 18 U.S.C. § 3161 (h)(8)(B)(iv) for reasonable time to

2    prepare and Local Code T4.

3    Dated: October 19, 2006

4                                        Respectfully submitted,

5                                        DANIEL J. BRODERICK
                                         Federal Defender
6
                                         /s/ Tara I. Allen
7                                        _____
                                         TARA I. ALLEN
8                                        Staff Attorney
                                         Attorney for Defendant
9                                        AMANDA DORSO

10   Dated:  October 20, 2006            MCGREGOR W. SCOTT
                                         United States Attorney
11
                                         /s/ Matthew Stegman
12                                       _____
                                         MATTHEW STEGMAN
13                                       Assistant U.S. Attorney

14                              **O R D E R**

15        FOR GOOD CAUSING SHOWING, the Court finds that the ends of justice

16   served by granting this continuance outweigh the best interest of the

17   public and the defendant in a speedy trial.  Time is excluded under

18   Title 18 U.S.C. § 3161(h)(8)(B)(iv), Local Code T-4 from the date of

19   this Order to the judgment and sentencing date of November 21, 2006.

20   IT IS SO ORDERED.

21   DATED: October 23, 2006.

22
                             _Dale A. Drozd_
23                           _____
                             DALE A. DROZD
24                           UNITED STATES MAGISTRATE JUDGE

25

26   Ddad1/orders.criminal/dorso0226.stipord

27

28                                   2