1  DANIEL J. BRODERICK, CA Bar #89424
   Federal Defender
2  TARA I. ALLEN, CA Bar #235549
   Staff Attorney
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorneys for the Defendant
   AMANDA DORSO
6
                    IN THE UNITED STATES DISTRICT COURT
7
                  FOR THE EASTERN DISTRICT OF CALIFORNIA
8

9  UNITED STATES OF AMERICA,      )   Cr.S. 06-226-DAD
                                  )
10                 Plaintiff,     )
                                  )   **APPLICATION AND ORDER FOR**
11       v.                       )   **TRANSPORTATION AND SUBSISTENCE**
                                  )   **PURSUANT TO 18 U.S.C. § 4285**
12 AMANDA DORSO,                  )
                                  )   Date:  November 21, 2006
13                 Defendant.     )   Time:  2:00 p.m.
                                  )   Judge: Hon. Dale A. Drozd
14 _____)

15

16      Defendant AMANDA DORSO hereby requests an order for

17 transportation and subsistence costs pursuant to 18 U.S.C. § 4285.

18      Ms. Dorso is unable to afford her own transportation from her

19 residence in Derby, Connecticut to Sacramento, California for her

20 judgment and sentencing hearing on November 21, 2006 at 2:00 p.m.

21 DATED: August 10, 2006              Respectfully submitted,

22                                     DANIEL J. BRODERICK
                                       Federal Defender
23
                                       /s/ Tara I. Allen
24                                     _____
                                       TARA I. ALLEN
25                                     Staff Attorney
                                       Attorney for Defendant
26                                     AMANDA DORSO

27

28

1

2

3

4

5

6                        IN THE UNITED STATES DISTRICT COURT

7                   FOR THE EASTERN DISTRICT OF CALIFORNIA

8

9  UNITED STATES OF AMERICA,      )      Cr.S. 06-226-DAD
                                  )
10            Plaintiff,          )
                                  )      **ORDER FOR TRANSPORTATION AND**
11      v.                        )      **SUBSISTENCE**
                                  )
12 AMANDA DORSO,                  )
                                  )
13            Defendant.          )
                                  )
14 _____)

15 TO:  UNITED STATES MARSHAL SERVICE, SACRAMENTO, CALIFORNIA:

16      This is to authorize and direct you to furnish the above named

17 defendant, AMANDA DORSO, with transportation and subsistence expenses

18 for travel from Derby, Connecticut to Sacramento, California for her

19 judgment and sentencing hearing in the United States Magistrate Court

20 for the Eastern District of California on November 21, 2006 at 2:00

21 p.m.  If there is not a plane flight available for Ms. Dorso to timely

22 make her appearance on November 21, 2006 it will be necessary for Ms.

23 Dorso to arrive in Sacramento, California on November 20, 2006, in

24 order to timely make her court appearance by 2:00 p.m. on November 21,

25 2006.  Ms. Dorso will also need return transportation back to her

26 residence on November 21, 2006.  The United States Marshal must furnish

27 Ms. Dorso with money for subsistence expenses to her destination, not

28 to exceed the amount authorized as a per diem allowance for travel

                                  2

1  under section 5702(a) of Title 5, United States Code.  This order is

2  authorized pursuant to 18 U.S.C. §4285.

3  IT IS SO ORDERED.

4  DATED: October 25, 2006.

5

6  _____
   DALE A. DRCZD

7  UNITED STATES MAGISTRATE JUDGE

8

9   Ddad1/orders.criminal/dorso0226.ord.transp

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3