```
 1  DANIEL J. BRODERICK, CA Bar #89424
    Federal Defender
 2  TARA I. ALLEN, CA Bar #235549
    Staff Attorney
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5  Attorneys for the Defendant
    AMANDA DORSO
 6
                   IN THE UNITED STATES DISTRICT COURT
 7
                  FOR THE EASTERN DISTRICT OF CALIFORNIA
 8

 9  UNITED STATES OF AMERICA,     )   Cr.S. 06-226-DAD
                                  )
10            Plaintiff,          )
                                  )   APPLICATION AND ORDER FOR
11       v.                       )   TRANSPORTATION AND SUBSISTENCE
                                  )   PURSUANT TO 18 U.S.C. § 4285
12  AMANDA DORSO,                 )
                                  )   Date:  December 5, 2006
13            Defendant.          )   Time:  10:00 a.m.
                                  )   Judge: Hon. Dale A. Drozd
14  _____)
```

Defendant AMANDA DORSO hereby requests an order for transportation and subsistence costs pursuant to 18 U.S.C. § 4285.

Ms. Dorso is unable to afford her own transportation from her residence in Derby, Connecticut to Sacramento, California for her judgment and sentencing hearing on December 5, 2006 at 10:00 a.m.

DATED: November 27, 2006          Respectfully submitted,

                                  DANIEL J. BRODERICK
                                  Federal Defender

                                  /s/ Tara I. Allen
                                  _____
                                  TARA I. ALLEN
                                  Staff Attorney
                                  Attorney for Defendant
                                  AMANDA DORSO

|   |   |   |
|---|---|---|
| 1 | IN THE UNITED STATES DISTRICT COURT | |
| 2 | FOR THE EASTERN DISTRICT OF CALIFORNIA | |

```
3  UNITED STATES OF AMERICA,      )    Cr.S. 06-226-DAD
                                  )
4              Plaintiff,         )
                                  )    ORDER FOR TRANSPORTATION AND
5       v.                        )    SUBSISTENCE
                                  )
6  AMANDA DORSO,                  )
                                  )
7              Defendant.         )
                                  )
8  _____)
```

9   TO:   UNITED STATES MARSHAL SERVICE, SACRAMENTO, CALIFORNIA:

10        This is to authorize and direct you to furnish the above named
11  defendant, AMANDA DORSO, with transportation and subsistence expenses
12  for travel from Derby, Connecticut to Sacramento, California for her
13  judgment and sentencing hearing in the United States Magistrate Court
14  for the Eastern District of California on December 5, 2006 at 10:00
15  a.m.  If there is not a plane flight available for Ms. Dorso to timely
16  make her appearance on December 5, 2006 it will be necessary for Ms.
17  Dorso to arrive in Sacramento, California on December 4, 2006, in order
18  to timely make her court appearance by 10:00 a.m. on December 5, 2006.
19  Ms. Dorso will also need return transportation back to her residence on
20  December 5, 2006.  The United States Marshal must furnish Ms. Dorso
21  with money for subsistence expenses to her destination, not to exceed
22  the amount authorized as a per diem allowance for travel under section
23  5702(a) of Title 5, United States Code.  This order is authorized
24  pursuant to 18 U.S.C. §4285.
25  IT IS SO ORDERED.
26  DATED: November 27, 2006.

27
28                                        _____
                                          DALE A. DROZD
                                          UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.criminal/dorso0226.ord